IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )           8:07CR82
                              )
      v.                      )
                              )
DEONTA MARION,                )           ORDER
                              )
            Defendant.        )
_____)
```

The Court has been advised that defendant wishes to enter a plea.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Monday, April 30, 2007, at 1:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court