IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:07CR82
                               )
        v.                     )
                               )
DEONTA MARION,                 )        ORDER AND JUDGMENT
                               )
              Defendant.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the writ of habeas corpus (Filing No. 41) is denied.

DATED this 28th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court